IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE LAMONT BURGESS,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Respondent. | No. 2:22-CV-0573-JAM-DMC-P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has initiated this action with what he captions a "Motion for Relief from Judgement" under Federal Rule of Civil Procedure "60(a)(b)." The matter has been opened on the Court's docket as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is Petitioner's motion for leave to proceed in forma pauperis, ECF No. 7. Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that Petitioner is unable to prepay fees and costs or give security therefor.

/ / /

/ / /

/ / /

/ / /

1 | Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for leave to
2 | proceed in forma pauperis, ECF No. 7, is granted.

4 | Dated:  June 14, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE